34534.   JONES *v.* CHANDLER *et al.*

SUTTON, C. J. The question in this case is identical with the question involved in *Jones* v. *Chandler,* ante, and this case is controlled by the ruling there made.

*Judgment affirmed. Felton and Worrill, JJ., concur.*

DECIDED MAY 2, 1953.

*Nall & Sterne, Haas, Hurt & Peek, A. Paul Cadenhead,* for plaintiff in error.

*Poole, Pearce & Hall, C. A. Herbig,* contra.